UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| ROBERTA FELIZ, Individually and on behalf of all others similarly situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : | |
| SPRING SOLA, LLC, | : : | Case No. 1:23-CV-01600<br>Judge Mary Kay Vyskocil |
| Defendant. | : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

# RULE 7.1 STATEMENT

To enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Spring Sola, LLC ("Defendant"), certifies that Defendant has a parent corporation, Spring Foods Holdings, Inc., but that no publicly held corporation own 10% or more of its stock.

Dated: Washington, DC
         March 22, 2023

                                                 Respectfully submitted,

                                                 HOLLAND & HART LLP

                                                 *s/Michael J. O'Leary*
                                                 Michael J. O'Leary (MO7640)
                                                 Holland & Hart LLP
                                                 505 9th Street NW, Suite 700
                                                 Washington, D.C. 20004
                                                 Telephone: (202) 654-6922
                                                 Email: mjoleary@hollandhart.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Rule 7.1 Statement was served via ECF upon Counsel of Record.

Dated: Washington, DC
         March 22, 2023

*s/Michael J. O'Leary*
Michael J. O'Leary (MO7640)
Holland & Hart LLP
505 9th Street NW, Suite 700
Washington, D.C. 20004
Telephone: (202) 654-6922
Email: mjoleary@hollandhart.com
